# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Securities and Exchange Comission v. Ripple Labs Inc.    Docket No.: 24-2705

Lead Counsel of Record (name/firm) or Pro se Party (name): Michael K. Kellogg

Appearance for (party/designation): Ripple Labs Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties:
( ) Incorrect.    Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                        Fax:
Email:

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: Securities and Exchange Comission v. Ripple Labs Inc., 24-02648

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Michael K. Kellogg
Type or Print Name: Michael K. Kellogg
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.