## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Securities and Exchange Commission v. Ripple Labs Inc.     **Docket No.:** 24-2705

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Gregory G. Rapawy

Firm: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Address: 1615 M St NW, Suite 400, Washington, DC 20036

Telephone: (202) 326-7900     Fax: (202) 326-7999

E-mail: grapawy@kellogghansen.com

Appearance for: Ripple Labs Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Michael K. Kellogg / Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 26, 2021     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Gregory G. Rapawy

Type or Print Name: Gregory G. Rapawy