# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Securities and Exchange Commission v. Ripple Labs Inc.   **Docket No.:** 24-2705

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Bradley E. Oppenheimer

**Firm:** Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

**Address:** 1615 M St NW, Suite 400, Washington, DC 20036

**Telephone:** (202) 326-7900     **Fax:** (202) 326-7999

**E-mail:** boppenheimer@kellogghansen.com

**Appearance for:** Ripple Labs Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Michael K. Kellogg / Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 7, 2021    OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Bradley E. Oppenheimer

**Type or Print Name:** Bradley E. Oppenheimer