UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of October, two thousand twenty-four,

_____

United States Securities & Exchange Commission,

    Plaintiff-Appellant-Cross-Appellee,

v.

Ripple Labs, Inc.,

    Defendant-Appellee-Cross-Appellant,

Bradley Garlinghouse, Christian A. Larsen,

    Defendants-Appellees,

Jordan Deaton, James LaMonte, Mya LaMonte, Tyler LaMonte, Mitchell McKenna, Kristiana Warner, PhD Roslyn Layton,

    Intervenors.

_____

**ORDER**
Docket No. 24-2648

Counsel for APPELLANT-CROSS-APPELLEE, United States Securities & Exchange Commission, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 15, 2025, as the brief filing date.

It is HEREBY ORDERED that Appellant-Cross-Appellee's brief must be filed on or before January 15, 2025. The appeal is dismissed effective January 15, 2025, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                              For The Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court

