# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand twenty-five.

_____

United States Securities & Exchange Commission,

        Plaintiff-Appellant-Cross-Appellee,

v.

Ripple Labs, Inc.,

        Defendant-Appellee-Cross-Appellant,

Bradley Garlinghouse, Christian A. Larsen,

        Defendants-Appellees,

Jordan Deaton, James LaMonte, Mya LaMonte, Tyler LaMonte, Mitchell McKenna, Kristiana Warner, PhD Roslyn Layton,

        Intervenors.

**ORDER**

Docket Nos. 24-2648(L), 24-2705(XAP)

_____

The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

The stipulation is hereby SO ORDERED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court